ATLANTIC CITY SEWERAGE CO., APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS, RESPONDENT.

Submitted October 31, 1942—Decided January 22, 1943.

For the appellant, *Autenrieth & Wortendyke.*

For the respondent, *John A. Bernhard.*

For the City of Atlantic City, *Samuel Backer.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, DONGES, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.